AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:24-mj-386-CWB |
| Stacey Storey | ) | |
| | ) | Charging District: Easter District of Virginia |
| *Defendant* | ) | Charging District's Case No. 2:24-cr-103-EWH-DEM-1 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court - Eastern Division of VA (Norfolk) 600 Granby Street Norfolk, VA 23510 | Courtroom No.: Pretrial (2nd floor) |
|---|---|
| | Date and Time: 1/6/2025 9:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 12/16/2024

_____
*Judge's signature*

Chad W. Bryan, United States Magistrate Judge
*Printed name and title*